# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ADRIAN R. MARKS

NO. 2025 KW 0049

**FEBRUARY 24, 2025**

---

In Re:   Adrian R. Marks, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, Nos. 152861, 152862.

---

**BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion for release filed with the district court, the district court's ruling on the motion, the bill of information, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Relator may file a new writ application without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**WIL**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT